# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

## PRESENTENCE REFERRAL

## JUDGE GRAHAM

AUSA: Doug Squires
DEFENSE ATTORNEY: Joseph Scott

Defendant: Bobby G. Ferguson

Case Number: 2:11-cr-219

Offense: 21:846- distribution of over 100 kilograms of marijuana

Counts: 1

Conviction on:
- [ ] Jury Verdict
- [ ] Court Decision
- [X] Guilty Plea at Arraignment
- [ ] Change of Plea to Guilty

Custody Status
- [ ] Federal
- [ ] State
- [x] Bond
- [ ] Other

Date: Feb. 9, 2012

Signed: s/Sherry Nichols
Sherry Nichols/ Deputy Clerk

Copy To: U.S. Probation